**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **PARALLEL NETWORKS, LLC,**<br><br>  Plaintiff,<br><br>v.<br><br>**ADIDAS AMERICA, INC., et al.,**<br><br>  Defendants. | `6:11cv422`<br>`SEVERED FROM`<br>`6:10CV111 LEAD`<br>`CONSOLIDATED`<br>**6:10-CV-00491**<br><br>**JURY TRIAL DEMANDED** |

### WOMEN'S APPAREL GROUP, LLC'S FED. R. CIV. P. 7.1 DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant and Counterclaim Plaintiff Women's Apparel Group, discloses that it is wholly or substantially owned by Monomoy Capital Partners.  No publicly traded company owns more than 10% of its stock.

Dated: November 29, 2010  Respectfully submitted,

FISH & RICHARDSON P.C.

By: */s/ Neil J. McNabnay*
Thomas M. Melsheimer
Texas Bar No. 13922550
txm@fr.com
Neil J. McNabnay
Texas Bar No. 24002583
njm@fr.com
Britnee M. Reamy
Texas Bar No. 24053439
bmr@fr.com
David B. Conrad
Texas Bar No. 24049042
dbc@fr.com
1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070 Telephone
(214) 747-2091 Facsimile

**Counsel for Defendant
WOMEN'S APPAREL GROUP, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 29, 2010, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Neil J. McNabnay*
Neil J. McNabnay